**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 08-20053 |
| **CHEVEZ D. CARTER,** ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24). The Defendant entered a plea of guilty to the sole count of the Indictment.

The plea was made pursuant to a written plea agreement made pursuant to FED. R. CIV. P. 11(c)(1)(C). The undersigned has been advised that the plea agreement, including the specific sentence contained therein, has been reviewed and approved by Chief United States District Judge Michael P. McCuskey. Accordingly, no recommendation regarding that sentence is included in this Report and Recommendation.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to the count, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

ENTER this 16th day of April, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE